# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBORAH BRUCE,<br><br>    Plaintiff,<br><br>v.<br><br>FISHER CARRIERS LLC et al.,<br><br>    Defendant. | CASE NO. C23-1134-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |

This matter comes before the Court on the parties' stipulated motion to dismiss all claims with prejudice. Dkt. No. 12. The stipulated motion is signed by all parties. *Id.* Accordingly, the Court GRANTS the stipulated motion for dismissal. This action and all claims asserted herein are DISMISSED with prejudice and without costs to any party. Any trial date and pretrial dates previously set are hereby VACATED.

Dated this 13th day of November, 2023.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 1